COMMONWEALTH of Pennsylvania, Respondent

v.

Syheam MANN, Petitioner

No. 829 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

Glue WILKINS, Petitioner

v.

Hon. Kathleen KANE, Philip M. McCarthy, Lawrence M. Cherba and Robert A. Mulle, Respondents

No. 795 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal and Application for Relief are **DENIED.**

Carlos Javier Rivera MAYSONET, Petitioner

v.

PENNSYLVANIA BOARD OF CLAIMS, Respondent

No. 874 MAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**